In the Matter of the Application of GEORGE PETERSON, Respondent, for an Order Compelling A. J. ADAMS, Appellant, to Pay Over Certain Moneys, etc.

*Attorney and client — adequate compensation for services rendered.*

Where an attorney collected without suit forty dollars on account of a claim, out of which he received ten dollars for his services, and subsequently obtained a judgment by default before a justice of the peace for the balance of $122.65, and collected the judgment by proceedings supplementary to execution, and there was a dispute between the attorney and his client as to the contract made between them for the attorney's compensation, an allowance by the Special Term to the attorney of twenty-five dollars additional is an ample compensation for the services rendered.

APPEAL by A. J. Adams, the plaintiff's attorney, from an order made at the Westchester Special Term and entered in the office of the clerk of the county of Westchester on the 1st day of July, 1893, directing him to pay over to the petitioner, George Peterson, the sum of ninety-seven dollars and sixty-five cents.

The Special Term having granted an order to show cause why an order should not be entered directing A. J. Adams to pay to George Peterson the sum of $120 with interest and costs, affidavits were presented upon the return of the order showing that Peterson had placed with Adams, an attorney at law, for collection a claim against one Ganung for $160 ; that Adams collected forty dollars in cash without suit, and turned thirty dollars thereof over to Peterson ; that he brought an action for the balance due on such account against Ganung, recovered a judgment by default against him before a justice of the peace, and subsequently collected the balance of the account upon proceedings supplementary to execution.

Peterson claimed that the agreement between Adams and himself as to the former's compensation was that Adams was to receive twelve dollars in full for his services.  Adams maintained that he was to receive fifty per cent of the sum involved in case it was collected.  Peterson demanded that Adams turn over the balance of the money collected by him upon such judgment, which Adams refused to do, offering to pay the amount he claimed to be due Peterson, which Peterson refused to accept.

The order, made at the Special Term, directed that A. J. Adams

pay to George Peterson the sum of ninety-seven dollars and sixty-five cents within ten days after the service of a certified copy thereof, with ten dollars costs of the proceeding. Such order was subsequently modified by striking out the provision as to costs.

*Smith Lent*, for the appellant.

*Frank A. Bennett*, for the respondent.

BARNARD, P. J. :

The order appealed from should be affirmed. Peterson held a claim of $160 against one Ganung. The action was put in the hands of the attorney, Adams. Forty dollars was paid without action and Adams received ten dollars for his services. Adams obtained a judgment by default in favor of Peterson before a justice of the peace for the balance of the claim, and Ganung paid the judgment, which was for $122.65. The parties to the transaction differ as to the contract. Adams says he was to have half, and the claimant says the whole services were paid for by the ten dollars. The Special Term allowed twenty-five dollars additional, and this was a very ample compensation for the services done. Ganung made no defense, and the money was collected by proceedings supplementary to execution upon the judgment.

The order should be affirmed, with costs and disbursements.

PRATT, J., concurred; DYKMAN, J., not sitting.

Order affirmed, with costs and disbursements.